1  ROBERT E. FREITAS (STATE BAR NO. 80948)
     rfrietas@orrick.com
2  DANIEL J. WEINBERG (STATE BAR NO. 227159)
     dweinberg@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, California  94025
   Telephone:   650-614-7400
5  Facsimile:    650-614-7401

6  Attorneys for Plaintiff
   SEAGATE TECHNOLOGY LLC
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12 | SEAGATE TECHNOLOGY LLC,           | Case No.  C 07-05700 PVT
13 |          Plaintiff,               |
                                        **DECLINATION TO PROCEED
14 |      v.                           | BEFORE A MAGISTRATE JUDGE
                                        AND REQUEST FOR
15 | NATIONAL UNION FIRE INSURANCE     | REASSIGNMENT TO A UNITED
   | COMPANY OF PITTSBURGH, PA, a      | STATES DISTRICT JUDGE**
16 | Pennsylvania corporation,         |
17 |          Defendant.               |

18

19       REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

20       The undersigned party hereby declines to consent to the assignment of this case to a

21 United States Magistrate Judge for trial and disposition and hereby requests the reassignment of

22 this case to a United States District Judge.

23

24 Dated: November 20, 2007            ORRICK, HERRINGTON & SUTCLIFFE LLP

25                                          /s/ Daniel J. Weinberg /s/
                                         _____
                                              Daniel J. Weinberg
26                                           Attorneys for Plaintiff
                                          SEAGATE TECHNOLOGY LLC
27

28

OHS West:260340554.1                            DECLINATION TO PROCEED BEFORE MAGISTRATE
                                                JUDGE AND REQUEST FOR REASSIGNMENT
                                                CASE NO. C 07-05700 PVT