CHARLES A. REID, III (State Bar No. 221306)
CHERYL A. SABNIS (State Bar No. 224323)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

*Of Counsel*
WILLIAM T. CORBETT, JR. (*Pro Hac Vice* application to be supplied*)*
MARK D. SHERIDAN (*Pro Hac Vice* application to be supplied)
DRINKER BIDDLE & REATH LLP
500 Campus Drive
Florham Park, New Jersey 07932-1047
Telephone: (973) 360-1100
Facsimile: (973) 360-983

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA;

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY, LLC<br><br>          Plaintiff,<br><br>     v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA<br><br>          Defendant. | Case No. C-07-05700 JW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Fed. R. Civ. P. 7.1 and Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of

this proceeding:

1. National Union Fire Insurance Company of Pittsburgh, Pa. is a 100% owned subsidiary of American International Group, Inc. ("AIG") which is a publicly traded company.

Dated: December 14, 2007                    DRINKER BIDDLE & REATH LLP

                                                        /s/ Cheryl A. Sabnis
                                       CHERYL A. SABNIS

                                       Attorneys for Defendant
                                       NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\393179\1