| | |
|---|---|
| 1 | ROBERT E. FREITAS (STATE BAR NO. 80948) |
|   | rfreitas@orrick.com |
| 2 | DANIEL J. WEINBERG (STATE BAR NO. 227159) |
|   | dweinberg@orrick.com |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 4 | Menlo Park, California  94025 |
|   | Telephone:   650-614-7400 |
| 5 | Facsimile:    650-614-7401 |
| 6 | Attorneys for Plaintiff |
|   | Seagate Technology LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, | No.  C 07 05700 JW |
| Plaintiff, | **PROOF OF SERVICE OF SUMMONS AND COMPLAINT** |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation, | |
| Defendant. | |

OHS West:260356180.1

PROOF OF SERVICE OF SUMMONS
AND COMPLAINT — C 07 05700 JW

| Attorney or Party without Attorney: Robert E. Freitas, Esq., Bar #80948<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>Telephone No: 650-614-7400    FAX No: 650-614-7401 | For Court Use Only |
|---|---|
| Attorney for: Plaintiff | Ref. No. or File No.: |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court - Northern District Of California | |
| Plaintiff: Seagate Technology LLC<br>Defendant: National Union Fire Insurance Company | |

| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number: C0705700PVT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint For Damages Jury Trial Demanded; Welcome To The United States District Court For The Northern District Of California, Clerk's Office, San Jose Division Northern District Of California San Jose Division Criminal And Civil Law And Motion/Trial/Settlement/Case Management/Dismissal Hearing Schedules; General Order No. 40 Prohibition Of Bias; Us District Court Northern California Ecf Registration Information Handout; General Order No. 45 Electronic Case Filing; Notice Of Electronic Availability Of Case File Information; General Order No. 53 Privacy; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons; Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process (Adr Local Rule 3-5); Adr Certification By Parties And Counsel; Stipulation And [Proposed] Order Selecting Adr Process; Notice Of Need For Adr Phone Conference; Order Of The Chief Judge In Re Electronic Filing In Cases With Unrepresented Parties; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Regarding Case Management In Civil Cases; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Patricia V. Trumbull; Standing Order For All Judges Of The Northern District Of California Contents Of Joint Case Management Statement; Consent To Proceed Before A United States Magistrate Judge Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge

3. a. Party served: National Union Fire Insurance Company Of Pittsburgh, PA, A Pennsylvania Corporation
   b. Person served: Becky De George, Person Authorized to Accept

4. Address where the party was served: CSC Lawyers
   2730 Gateway Oaks Drive, Suite 100
   Sacramento, CA 95833

5. I served the party:
   a. by **personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Nov. 13, 2007 (2) at: 2:26PM

7. *Person Who Served Papers:*    Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Jason Marshall
   d. *The Fee for Service was:*    $89.00
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 98-61
      (iii) County: Sacramento
      (iv) Expiration Date: Fri, Jun. 27, 2008



1st Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

Voice: 916.449.9980
FAX: 916.449.9981

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*

Date: Wed, Nov. 14, 2007

Judicial Council Form    PROOF OF SERVICE    (Jason Marshall)    rofre.80914
Rule 982.9.(a)&(b) Rev January 1, 2007