| | For Court Use Only |
|---|---|
| *Attorney or Party without Attorney:*<br>Robert E. Freitas, Esq., Bar #80948<br>Orrick, Herrington & Sutcliffe, LLP<br>1000 Marsh Road<br>Menlo Park, CA 94025<br>*Telephone No:* 650-614-7400      *FAX No:* 650-614-7401 | |
| *Attorney for:* Plaintiff | |

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Northern District Of California

*Plaintiff:* Seagate Technology LLC

*Defendant:* National Union Fire Insurance Company

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>C0705700PVT |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In A Civil Case; Complaint For Damages Jury Trial Demanded; Welcome To The United States District Court For The Northern District Of California, Clerk's Office, San Jose Division Northern District Of California San Jose Division Criminal And Civil Law And Motion/Trial/Settlement/Case Management/Dismissal Hearing Schedules; General Order No. 40 Prohibition Of Bias; Us District Court Northern California Ecf Registration Information Handout; General Order No. 45 Electronic Case Filing; Notice Of Electronic Availability Of Case File Information; General Order No. 53 Privacy; Notice Of Lawsuit And Request For Waiver Of Service Of Summons; Waiver Of Service Of Summons; Instructions For Completion Of Adr Forms Regarding Selection Of An Adr Process (Adr Local Rule 3-5); Adr Certification By Parties And Counsel; Stipulation And [Proposed] Order Selecting Adr Process; Notice Of Need For Adr Phone Conference; Order Of The Chief Judge In Re Electronic Filing In Cases With Unrepresented Parties; Order Setting Initial Case Management Conference And Adr Deadlines; Standing Order Regarding Case Management In Civil Cases; Standing Order For Civil Practice In Cases Assigned For All Purposes To Magistrate Judge Patricia V. Trumbull; Standing Order For All Judges Of The Northern District Of California Contents Of Joint Case Management Statement; Consent To Proceed Before A United States Magistrate Judge Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge

3. a. *Party served:*  National Union Fire Insurance Company Of Pittsburgh, PA, A Pennsylvania Corporation

   b. *Person served:*  Becky De George, Person Authorized to Accept, White, Female, 40 Years Old, Blond Hair, 5 Feet 6 Inches, 160 Pounds

4. *Address where the party was served:*  CSC Lawyers
   2730 Gateway Oaks Drive, Suite 100
   Sacramento, CA 95833

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on: Tue., Nov. 13, 2007 (2) at: 2:26PM

7. *Person Who Served Papers:*
   a. Jason Marshall



1st Nationwide Legal Services
501 12th Street
Sacramento CA, 95814

Voice: 916.449.9980
FAX: 916.449.9981

   Recoverable Cost Per CCP 1033.5(a)(4)(B)

   d. *The Fee for Service was:*  $89.00

   e. I am: (3) registered California process server
      (i)   Independent Contractor
      (ii)  *Registration No.:*  98-61
      (iii) *County:*  Sacramento
      (iv)  *Expiration Date:*  Fri, Jun. 27, 2008

8. **I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.**

   Date: Wed, Nov. 14, 2007

   _____ (Jason Marshall)

*Judicial Council Form*
*Rule 982.9.(a)&(b) Rev January 1, 2007*                    PROOF OF SERVICE                    rofre.80914

# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

ADR

E-FILING

SEAGATE TECHNOLOGY LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA, a
Pennsylvania Corporation

## C07 05700 PVT

TO: (Name and address of defendant)

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert E. Freitas (SBN# 80948)
Daniel J. Weinberg (SBN# 227159)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 614-7400
Facsimile: (650) 614-7401

an answer to the complaint which is herewith served upon you, within **20** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

(BY) DEPUTY CLERK

Tiffany Salinas-Harwell

NOV - 8 2007

DATE_____