1  ROBERT E. FREITAS (STATE BAR NO. 80948)
   rfreitas@orrick.com
2  DANIEL J. WEINBERG (STATE BAR NO. 227159)
   dweinberg@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, California  94025
   Telephone:    650-614-7400
5  Facsimile:    650-614-7401

6  Attorneys for Plaintiff
   SEAGATE TECHNOLOGY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>            Plaintiff,<br><br>      v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>            Defendant. | No.  C 07 05700 JW<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

OHS West:260388041.1

CERTIFICATION OF INTERESTED
ENTITIES OR PARTIES
C 07 05700 JW

1   Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,
2   associations of persons, firms, partnerships, corporations (including parent corporations) or other
3   entities (i) have a financial interest in the subject matter in controversy or in a party to the
4   proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be
5   substantially affected by the outcome of this proceeding:

6   1. Seagate Technology U.S. Holdings, Inc.
7   2. Quinta Corporation.

9   Dated: February 19, 2008            Respectfully submitted,

10                                       ORRICK, HERRINGTON & SUTCLIFFE LLP

12                                        /s/ Daniel J. Weinberg /s/
                                          Daniel J. Weinberg
                                          Attorneys for Plaintiff
13                                        SEAGATE TECHNOLOGY LLC

OHS West:260388041.1        - 1 -        CERTIFICATION OF INTERESTED
                                         ENTITIES OR PARTIES
                                         C 07 05700 JW

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on February 19, 2008.

Dated: February 19, 2008.             Respectfully submitted,

                                       /s/ Daniel J. Weinberg /s/
                                       Daniel J. Weinberg