UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEAGATE TECHNOLOGY LLC
                Plaintiff(s),

v.

NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURG, PA
                Defendant(s).

Case No. C 07-05700 JW

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: February 19, 2008

/s/ Betty Ann Durham /s/
[Party]
Betty Ann Durham, for
SEAGATE TECHNOLOGY
LLC

Dated: March 6, 2008

/s/ Daniel J. Weinberg /s/
[Counsel]
Daniel J. Weinberg
Attorneys for Plaintiff
SEAGATE TECHNOLOGY
LLC