UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEAGATE TECHNOLOCY LLC
          Plaintiff(s),

v.

NATIONAL UNION FIRE
INSURANCE COMPANY OF
PITTSBURG, PA
          Defendant(s).
                                /

CASE NO. C 07-05700 JW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- [ ] Non-binding Arbitration (ADR L.R. 4)
- [ ] Early Neutral Evaluation (ENE)  (ADR L.R. 5)
- [ ] Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- [x] Private ADR (*please identify process and provider*) Mediation with a mutually agreeable private mediator.

The parties agree to hold the ADR session by:
- [ ] the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*
- [x] other requested deadline  120 days from the date of the order referring the case to an ADR process.

Dated: March 6, 2008
/s/ Daniel J. Weinberg /s/
Attorney for Plaintiff
Daniel J. Weinberg

Dated: March 6, 2008
/s/ Mark D. Sheridan /s/
Attorney for Defendant
Mark D. Sheridan

American LegalNet, Inc.
www.USCourtForms.com

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
☐ Non-binding Arbitration
☐ Early Neutral Evaluation (ENE)
☐ Mediation
☒ Private ADR

Deadline for ADR session
☐   90 days from the date of this order.
☒ other   120 days from the date of this order

IT IS SO ORDERED.

Dated: _____                    _____
                                                  UNITED STATES DISTRICT JUDGE
                                                  James Ware

American LegalNet, Inc.
www.USCourtForms.com