1  CHARLES A. REID, III (State Bar No. 221306)
   MICHAEL P. PULLIAM (State Bar No. 215435)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California 94105-2235
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  *Of Counsel*
   MARK D. SHERIDAN (*Pro Hac Vice* application to be
6  supplied)
   HEATHER M. HUGHES (*Pro Hac Vice* application to be
7  supplied)
   DRINKER BIDDLE & REATH LLP
8  500 Campus Drive
   Florham Park, New Jersey 07932-1047
9  Telephone: (973) 360-1100
   Facsimile: (973) 360-983
10
   Attorneys for Defendant
11 NATIONAL UNION FIRE INSURANCE COMPANY
   OF PITTSBURGH, PA;
12

13                UNITED STATES DISTRICT COURT

14                NORTHERN DISTRICT OF CALIFORNIA

15                     SAN JOSE DIVISION

| 16 | SEAGATE TECHNOLOGY, LLC | Case No. C-07-05700 JW |
|----|---|---|
| 17 | Plaintiff, | **NOTICE OF APPEARANCE** |
| 18 | v. | |
| 19 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA | |
| 20 | | |
| 21 | Defendant. | |

22  ///

23  ///

24  ///

25

26

27

28

1    TO THE COURT AND THE ATTORNEYS OF RECORD:

2        This Notice of Appearance is hereby filed on behalf of Michael P. Pulliam, an attorney of record in the above-captioned action for National Union Fire Insurance Company of Pittsburgh, PA.

Dated: June 4, 2008　　　　　　　　　　DRINKER BIDDLE & REATH LLP

　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　MICHAEL P. PULLIAM

　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　NATIONAL UNION FIRE INSURANCE
　　　　　　　　　　　　　　　　　　　COMPANY OF PITTSBURGH, PA;