# DrinkerBiddle&Reath
### L L P

Michael P. Pulliam
415.591.7634
michael.pulliam@dbr.com

*Law Offices*

50 Fremont Street
20TH Floor
San Francisco, CA
94105-2235

415-591-7500
415-591-7510 fax
www.drinkerbiddle.com

PHILADELPHIA
NEW YORK
WASHINGTON
LOS ANGELES
CHICAGO
PRINCETON
FLORHAM PARK
BERWYN
WILMINGTON

June 4, 2008

*VIA E-FILING & FEDERAL EXPRESS*

The Honorable James Ware
Judge of District Court
U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Courtroom 8, 4th Floor
280 South 1st Street
San Jose, CA 95113

**RE:**    *Seagate Technology, LLP. v. National Union Fire Insurance Co. of Pittsburgh, PA*
**Case No. 5:07-cv-05700**

Dear Judge Ware:

We represent Defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union") in the above-referenced matter. We write to request an adjournment of the status conference scheduled for June 9, 2008. The parties have conferred and jointly consent to the adjournment.

The parties have been discussing resolution of several outstanding matters and do not want to waste the Court's time with issues that may be resolved by agreement shortly. Accordingly, the parties would request an additional ten (10) days to continue conferring on outstanding issues.

We thank the Court for its attention to this matter.

Respectfully submitted,

Michael P. Pulliam

Michael P. Pulliam

cc:    Robert Freitas (via ecf)
       Dan Weinberg (via ecf)
       Charles A. Reid, III (via ecf)
       Mark D. Sheridan (via ecf)

*Established*
*1849*