1 | CHARLES A. REID, III (State Bar No. 221306)
    MICHAEL P. PULLIAM (State Bar 215435)
2 | DRINKER BIDDLE & REATH LLP
    50 Fremont Street, 20th Floor
3 | San Francisco, California  94105-2235
    Telephone: (415) 591-7500
4 | Facsimile: (415) 591-7510

5 | *Of Counsel*
    MARK D. SHERIDAN (*Pro Hac Vice* application to be supplied)
6 | HEATHER M. HUGHES (*Pro Hac Vice* application to be supplied)
7 | DRINKER BIDDLE & REATH LLP
    500 Campus Drive
8 | Florham Park, New Jersey  07932-1047
    Telephone: (973) 360-1100
9 | Facsimile: (973) 360-983

10 | Attorneys for Defendant
     NATIONAL UNION FIRE INSURANCE COMPANY OF
11 | PITTSBURGH, PA;

12 | ROBERT E. FREITAS (STATE BAR NO. 80948)
       rfreitas@orrick.com
13 | DANIEL J. WEINBERG (STATE BAR NO. 227159)
       dweinberg@orrick.com
14 | ORRICK, HERRINGTON & SUTCLIFFE LLP
     1000 Marsh Road
15 | Menlo Park, California  94025
     Telephone:    650-614-7400
16 | Facsimile:    650-614-7401

17 | Attorneys for Plaintiff
     Seagate Technology LLC

18 |

19 |                   UNITED STATES DISTRICT COURT
20 |                  NORTHERN DISTRICT OF CALIFORNIA
21 |                          SAN JOSE DIVISION

| | |
|---|---|
| 22  SEAGATE TECHNOLOGY LLC, | CASE NO. C 07-5700 JW |
| 23              Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF SCHEDULING ORDER** |
| 24          v. | |
| 25  NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation, | |
| 26 | |
| 27              Defendant. | |

28

STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF SCHEDULING ORDER
OHS West:260471238.1

1  **WHEREAS**, on February 21, 2008 the Court issued a scheduling order setting the
2  following dates:

3      Close of All Discovery                            September 15, 2008
4      Last Date for Hearing Dispositive Motions      November 17, 2008
5      Preliminary Pretrial Conference               August 11, 2008 at 11 a.m.
6      Preliminary Pretrial Conference Statements    August 1, 2008

7  **WHEREAS**, the parties wish to conduct a mediation in an effort to resolve the action;

8  **WHEREAS**, the parties wish to conduct the mediation prior to the close of all discovery
9  to minimize costs and expenses, eliminate potential burdens on the Court and enable necessary
10 follow up discovery;

11 **WHEREAS**, the parties wish to modify the Court's scheduling order to continue all dates
12 by 120 days in order to provide sufficient time to conduct the mediation, complete discovery, and
13 prepare for trial;

14 **NOW THEREFORE**, pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, the parties, by and
15 through their respective counsel, hereby stipulate to the following modifications of the scheduling
16 order:

17     Close of All Discovery                            January 14, 2009
18     Last Date for Hearing Dispositive Motions      March 19, 2009
19     Preliminary Pretrial Conference               December 10, 2008 at 11 a.m.
20     Preliminary Pretrial Conference Statements    December 1, 2008
21 ///
22 ///
23
24
25
26
27
28

| | |
|---|---|
| Dated: July 30, 2008 | ORRICK, HERRINGTON & SUTCLIFFE, LLP |
| | /s/ Daniel J. Weinberg /s/ |
| | Daniel J. Weinberg |
| | Attorneys for Plaintiff |
| | SEAGATE TECHNOLOGY LLC |
| Dated: July 30, 2008 | DRINKER, BIDDLE & REATH, LLP |
| | /s/ Michael P. Pulliam /s/ |
| | Michael P. Pulliam |
| | Attorneys for Defendant |
| | NATIONAL UNION FIRE INSURANCE |
| | COMPANY OF PITTSBURGH, PA |

**Filer's Attestation:**  Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: July 30, 2008        Respectfully submitted,

_____/s/ Daniel J. Weinberg /s/_____
Daniel J. Weinberg

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

The Honorable James Ware
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 30, 2008.

Dated: July 30, 2008.                                    Respectfully submitted,

                                                                  /s/ Daniel J. Weinberg/s/
                                                                       Daniel J. Weinberg