1  ROBERT E. FREITAS (STATE BAR NO. 80948)
   rfreitas@orrick.com
2  DANIEL J. WEINBERG (STATE BAR NO. 227159)
   dweinberg@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
4  Menlo Park, California  94025
   Telephone:    650-614-7400
5  Facsimile:    650-614-7401

6  Attorneys for Plaintiff
   Seagate Technology LLC
7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12 | SEAGATE TECHNOLOGY LLC, | CASE NO: C 04-01593 JW |
|---|---|
13 | Plaintiff, | **DECLARATION OF DANIEL J. WEINBERG IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF SCHEDULING ORDER** |
14 | v. | |
15 | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation, | |
16 | | **[Civil L.R. 6-1(b), 6-2, and 7-12]** |
17 | Defendant. | |

1    I, Daniel Weinberg, declare as follows:

2    1.    I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP and counsel for plaintiff Seagate Technology LLC ("Seagate"). I make this declaration in support of the Stipulation And [Proposed] Order Re Modification of Scheduling Order.

2.    On February 21, 2008 the Court issued a scheduling order setting the following dates:

| | |
|---|---|
| Close of All Discovery | September 15, 2008 |
| Last Date for Hearing Dispositive Motions | November 17, 2008 |
| Preliminary Pretrial Conference | August 11, 2008 at 11 a.m. |
| Preliminary Pretrial Conference Statements | August 1, 2008 |

3.    The parties wish to conduct a mediation in an effort to resolve the action. In addition, the parties wish to conduct the mediation prior to the close of all discovery so as to minimize their costs and expenses, eliminate potential burdens on the Court, and to enable necessary follow up discovery. Accordingly, the parties wish to modify the Court's scheduling order to continue all dates by 120 days in order to provide sufficient time to conduct the mediation, finish discovery, and prepare for trial. Accordingly, the parties hereby stipulate to modify the Court's scheduling order as follows:

| | |
|---|---|
| Close of All Discovery | January 14, 2009 |
| Last Date for Hearing Dispositive Motions | March 19, 2009 |
| Preliminary Pretrial Conference | December 10, 2008 at 11 a.m. |
| Preliminary Pretrial Conference Statements | December 1, 2008 |

4.    There have not been any prior time modifications in this case.

5.    The modifications to which the parties have stipulated will effect the schedule for this case by continuing (a) the close of all discovery from September 15, 2008 to January 14, 2009; (b) the last date for hearing dispositive motions from November 17, 2008 to March 19, 2009; (c) the preliminary pretrial conference from August 11, 2008 to December 10, 2008; and (d) the deadline for the preliminary pretrial conference statements from August 1, 2008 to December 1, 2008.

OHS West:260481030.1                    - 1 -                    WEINBERG DECLARATION IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER
NO. C 04-01593 JW

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct and that this declaration was executed on July 30, 2008 in Menlo Park,
3  California.

                                                   /s/ Daniel J. Weinberg /s/
                                                      Daniel J. Weinberg

## **CERTIFICATE OF SERVICE**

1  I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 30, 2008.

Dated: July 30, 2008.                     Respectfully submitted,

                                            /s/ Daniel J. Weinberg/s/
                                            Daniel J. Weinberg

OHS West:260481030.1

WEINBERG DECLARATION IN SUPPORT OF
STIPULATION AND [PROPOSED] ORDER
NO. C 04-01593 JW