1  CHARLES A. REID, III (State Bar No. 221306)
   MICHAEL P. PULLIAM (State Bar 215435)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California  94105-2235
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510

5  *Of Counsel*
   MARK D. SHERIDAN (*Pro Hac Vice* application to be supplied)
6  HEATHER M. HUGHES (*Pro Hac Vice* application to be
   supplied)
7  DRINKER BIDDLE & REATH LLP
   500 Campus Drive
8  Florham Park, New Jersey  07932-1047
   Telephone: (973) 360-1100
9  Facsimile: (973) 360-983

10 Attorneys for Defendant
   NATIONAL UNION FIRE INSURANCE COMPANY OF
11 PITTSBURGH, PA;

12 ROBERT E. FREITAS (STATE BAR NO. 80948)
     rfreitas@orrick.com
13 DANIEL J. WEINBERG (STATE BAR NO. 227159)
     dweinberg@orrick.com
14 ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
15 Menlo Park, California  94025
   Telephone:    650-614-7400
16 Facsimile:    650-614-7401

17 Attorneys for Plaintiff
   Seagate Technology LLC

18

19              UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA

21                  SAN JOSE DIVISION

22 SEAGATE TECHNOLOGY LLC,              CASE NO. C 07-5700 JW

23              Plaintiff,              **STIPULATION AND [PROPOSED] ORDER
                                        RE MODIFICATION OF SCHEDULING
24        v.                            ORDER**

25 NATIONAL UNION FIRE INSURANCE
   COMPANY OF PITTSBURGH, PA, a
26 Pennsylvania corporation,

27              Defendant.

28

1    **WHEREAS**, on February 21, 2008 the Court issued a scheduling order setting the

2    following dates:

3        Close of All Discovery                              September 15, 2008

4        Last Date for Hearing Dispositive Motions           November 17, 2008

5        Preliminary Pretrial Conference                     August 11, 2008 at 11 a.m.

6        Preliminary Pretrial Conference Statements          August 1, 2008

7        **WHEREAS**, the parties wish to conduct a mediation in an effort to resolve the action;

8        **WHEREAS**, the parties wish to conduct the mediation prior to the close of all discovery

9    to minimize costs and expenses, eliminate potential burdens on the Court and enable necessary

10   follow up discovery;

11       **WHEREAS**, the parties wish to modify the Court's scheduling order to continue all dates

12   by 120 days in order to provide sufficient time to conduct the mediation, complete discovery, and

13   prepare for trial;

14       **NOW THEREFORE**, pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, the parties, by and

15   through their respective counsel, hereby stipulate to the following modifications of the scheduling

16   order:

17       Close of All Discovery                              **December 15, 2008**

18       Last Date for Hearing Dispositive Motions           **February 23, 2009 at 9 a.m.**

19       Preliminary Pretrial Conference                     **November 17, 2008 at 11 a.m.**

20       Preliminary Pretrial Conference Statements          **November 7, 2008**

21   / / /

22   / / /

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF SCHEDULING ORDER
OHS West:260471238.1

1    Dated: July 30, 2008                    ORRICK, HERRINGTON & SUTCLIFFE, LLP

2                                                     /s/ Daniel J. Weinberg /s/

3                                                     Daniel J. Weinberg
                                                      Attorneys for Plaintiff
                                                      SEAGATE TECHNOLOGY LLC
4

5    Dated: July 30, 2008                    DRINKER, BIDDLE & REATH, LLP

6                                                     /s/ Michael P. Pulliam /s/

7                                                     Michael P. Pulliam
                                                      Attorneys for Defendant
                                                      NATIONAL UNION FIRE INSURANCE
8                                                     COMPANY OF PITTSBURGH, PA

9

10          **Filer's Attestation:**  Pursuant to General Order No. 45, §X(B), I attest under penalty of

11   perjury that concurrence in the filing of the document has been obtained from its signatory.

12   Dated: July 30, 2008                    Respectfully submitted,

13                                                    /s/ Daniel J. Weinberg /s/

14                                                    Daniel J. Weinberg

15

16   **\*\*\* ORDER \*\*\***

17

18          **PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED**.  The Court has

19   provided the parties with over 90 days from the date of this Order until the date of the Preliminary

20   Pretrial Conference to engage in mediation.  Thus, the parties shall use this time judiciously and

21   make a good faith effort to resolve this case pursuant to their representations.

22

23   Dated:  July 30, 2008

24                                      JAMES WARE
                                        United States District Judge
25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF SCHEDULING ORDER

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify that this document(s) filed through the ECF system will be sent

3   electronically to the registered participants as identified on the Notice of Electronic Filing (NEF)

4   and paper copies will be sent to those indicated as non registered participants on July 30, 2008.

5   Dated:  July 30, 2008.                                    Respectfully submitted,

6

7                                                                    /s/ Daniel J. Weinberg/s/
                                                                       Daniel J. Weinberg

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -
STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF SCHEDULING ORDER

OHS West:260471238.1