ROBERT E. FREITAS (STATE BAR NO. 80948)
rfreitas@orrick.com
DANIEL J. WEINBERG (STATE BAR NO. 227159)
dweinberg@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone: 650-614-7400
Facsimile: 650-614-7401

Attorneys for Plaintiff
Seagate Technology LLC

*IT IS SO ORDERED AS MODIFIED*
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br>            Defendant. | CASE NO: C 07 05700 JW<br><br>**JOINT PRELIMINARY PRETRIAL AND TRIAL SETTING CONFERENCE STATEMENT AND [PROPOSED] ORDER**<br><br>Date:          November 17, 2008<br>Time:         11:00 a.m.<br>Dept.:         Courtroom 8, 4th Floor<br>Judge:        Hon. James Ware<br><br>Complaint Filed:    November 8, 2007 |

OHS West:260545596.1

JOINT PRELIMINARY PRETRIAL AND TRIAL SETTING
CONFERENCE STATEMENT AND [PROPOSED] ORDER
NO: C 07 05700 JW

The parties to the above-entitled action jointly submit this Joint Preliminary Pretrial and Trial Setting Conference Statement and [Proposed] Order.

## I. BRIEF STATEMENT OF THE CASE.

This is an action for breach of contract and tortious breach of the implied covenant of good faith and fair dealing. Defendant and insurer National Union Fire Insurance Company of Pittsburgh, PA ("National Union") issued plaintiff and insured Seagate Technology LLC ("Seagate") commercial general liability insurance policy No. RM GL 480-58-47 with a policy period from July 1, 2003 through at least August 1, 2004 ("Policy No. RM GL 480-58-47").

On or about June 22, 2004, Seagate filed a lawsuit against Cornice, Inc. ("Cornice") in the United States District Court for the District of Delaware entitled *Seagate Technology LLC v. Cornice, Inc.*, Case No. 04-418 SLR ("*Cornice* Litigation"). Seagate alleged that Cornice infringed seven United States patents. Cornice filed a counterclaim in which it alleged that Seagate disparaged Cornice's goods, products, and services. Among other defenses, Seagate defended against the counterclaim by establishing that Cornice's products infringed Seagate's patents. National Union was provided with notice of the Cornice counterclaim and National Union stated that it would defend Seagate, subject to a reservation of rights.

## II. READINESS FOR TRIAL.

The parties are not presently ready for trial because of scheduling conflicts, witness unavailability, delays in discovery, and both parties' continued desire to conduct a settlement conference. Accordingly, the parties seek modification of the trial schedule and request that the Court schedule a Second Preliminary Pretrial Conference as described in Section VI.

## III. AMOUNT OF TIME TO ALLOCATE TO TRIAL.

As stated in the Joint Case Management Statement and [Proposed] Order (Docket Item No. 12), the parties anticipate that trial with last approximately 3-5 days. However, it may be possible to reduce the length of trial through stipulations and/or motions for summary judgment/adjudication. Accordingly, the parties request that the Court defer trial time allocation to a Second Preliminary Pretrial Conference.

## IV. CALENDAR PERIOD FOR TRIAL.

The parties seek modification of the trial schedule. *See infra* Section VI. Therefore, the parties request that the Court defer setting a trial calendar period until a Second Preliminary Pretrial Conference.

## V. SETTLEMENT AND ADR.

The parties have agreed to conduct a settlement conference and believe this case can be settled. The parties have attempted to schedule mediation with private mediators and settlement conferences with Magistrate Judges of the Northern District of California. Because of scheduling difficulties, no mediation or conference has occurred.

On September 22, 2008, counsel for Seagate and National Union attended a Case Management Conference before this Court in the unrelated case *National Union, et. al. v. Seagate Technology, Inc.*, Case No. C 04-01593 JW. During that conference, the Court referred the parties to Magistrate Judge Richard Seeborg for purposes of conducting a settlement conference in that case. Pursuant to National Union counsel's request, the Court also referred the parties in this action to Magistrate Judge Seeborg for a settlement conference. The parties scheduled a settlement conference for December 15 and 16, 2008. However, as a result of the magistrate judge's trial schedule, the settlement conference had to be rescheduled. As of the date of this filing, the parties are seeking available dates from Magistrate Judges Seeborg, Chen and Trumbull.

## VI. SCHEDULING.

Pursuant to Court Order dated July 30, 2007, the Court set the following case schedule:

| | |
|---|---|
| Fact discovery cut-off | December 15, 2008 |
| Last Date for Hearing Dispositive Motions | February 23, 2009 at 9:00 a.m. |

| | |
|---|---|
| Preliminary Pretrial Conference | November 17, 2008 |
| Preliminary Pretrial Conference Statements | November 7, 2008 |

As a result of scheduling conflicts, witness unavailability, and delays in discovery, as well as the scheduled settlement conference, the parties propose the following schedule modifications:

| | |
|---|---|
| Fact discovery cut-off | February 23, 2009 |
| Last Date for Hearing Dispositive Motions | March 23, 2009 at 9:00 a.m. |
| Second Preliminary PreTrial Conference | January 26, 2009 |
| Second Preliminary Pretrial Conference Statement | January 16, 2009 |

Dated: November 7, 2008

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Robert E. Freitas /s/
Robert E. Freitas
Attorneys for Plaintiff
Seagate Technology LLC

Dated: November 7, 2008

DRINKER, BIDDLE & REATH LLP

/s/ Mark D. Sheridan /s/
Mark D. Sheridan
Attorneys for Defendant
National Union Fire Insurance Company
Of Pittsburgh, PA

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Respectfully submitted,

/s/ Daniel J. Weinberg /s/
Daniel J. Weinberg

**PRELIMINARY PRETRIAL AND TRIAL SETTING ORDER**

Based on the representations made by the parties in their Joint Statement, the Court finds good cause to continue the Preliminary Pretrial Conference currently scheduled for November 17, 2008.  In addition, the Court finds good cause to adopt the parties' Stipulation regarding the case schedule with a slight modification as follows:

(1)  Fact Discovery Cut-Off:  **March 23, 2009**

(2)  Last Date for Hearing on Dispositive Motions:  **April 27, 2009 at 9 a.m.**

(3)  Preliminary Pretrial Conference:  **February 23, 2009 at 11 a.m.**

(4)  Preliminary Pretrial Conference Statement:  **February 13, 2009**

The Court encourages the parties to continue to work in good faith toward their settlement efforts.

Dated:  November 13, 2008      _____
JAMES WARE
United States District Judge