1
2
3
4
5
6

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

7

FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

SAN JOSE DIVISION

9

10    Seagate Technology, LLP,                    No. C 07-05700 JW

11              Plaintiff,                         **ORDER NOMINATING MEDIATOR**

12        v.

13    National Union Fire Insurance Company of
      Pittsburg, et al.,

14              Defendants.

15    _____/

16          Upon request by the parties, the Court nominates Mr. George C. Fisher[1] to serve as a

17    mediator for the above entitled case to assist the parties with their settlement efforts.  On or before

18    **December 12, 2008**, the parties shall file a Joint Statement updating the Court on their selection

19    process, including whether the parties will engage Mr. Fisher in their mediation efforts.

20

21

22    Dated:  November 25, 2008                    _James Ware_____

23                                                 JAMES WARE
                                                   United States District Judge
24

25

26

27    _____

28          [1]   Mr. Fisher may be contacted at (650) 424 0821; georgecfisher@gmail.com;
      http://www.gfisherlaw.com

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE  BEEN DELIVERED TO:**

Cheryl A. Sabnis Cheryl.sabnis@dbr.com
Daniel Justin Weinberg dweinberg@orrick.com
Robert E. Freitas rfreitas@orrick.com

**Dated:  November 25, 2008**                                      **Richard W. Wieking, Clerk**


**By:   /s/ JW Chambers**
                     **Elizabeth Garcia**
                     **Courtroom Deputy**

**United States District Court**
For the Northern District of California