CHARLES A. REID III
charles.reid@dbr.com
MICHAEL P. PULLIAM (SBN #215435)
michael.pulliam@dbr.com
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile:  (415) 591-7510

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

ROBERT E. FREITAS (State Bar No. 80948)
rfreitas@orrick.com
DANIEL J. WEINBERG (State Bar No. 227159)
dweinberg@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California 94025
Telephone:  (650) 614-7400
Facsimile:  (650) 614-7401

Attorneys for Plaintiff
SEAGATE TECHNOLOGY LLC

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania Corporation,<br><br>　　　　　Defendant. | Case No. C 07-5700 JW<br><br>**STIPULATION AND [PROPOSED] ORDER RE MODIFICATION OF SCHEDULING ORDER** |

STIPULATION AND [PROPOSED] ORDER RE
MODIFICATION OF SCHEDULING ORDER
SF01/ 628771.1

CASE NO. C 07-5700 JW

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**\*\*\*\* ORDER \*\*\***

Although this is the parties' THIRD Stipulation regarding the schedule, the Court finds good cause to GRANT the parties this FINAL request to modify the case schedule.  The Court will not entertain any further request at the close of these deadlines.

(1) Close of All Discovery:  **June 22, 2009**

(2) Last Date for Hearing Dispositive Motions:  **June 29, 2009 at 9 a.m.**

(3) Preliminary Pretrial Conference:  **May 18, 2009 at 11 a.m.**

(4) Preliminary Pretrial Conference Statement:  **May 8, 2009**

Dated:  March 25, 2009                    _____
                                                                JAMES WARE
                                                                United State District Judge

DRINKER BIDDLE &
REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO