IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Seagate Technology LLC, | NO. C 07-05700 JW |
|       Plaintiff,<br>  v. | **ORDER VACATING PRELIMINARY PRETRIAL CONFERENCE** |
| National Union Fire Insurance Company of Pittsburgh, PA, | |
|       Defendant. | |

On May 18, 2009, the parties are scheduled to appear for a Preliminary Pretrial Conference. Upon review of the status of this case, including the updates provided in the parties' Joint Preliminary Pretrial Statement (Docket Item No. 115), the Court finds that the Pretrial Conference should be postponed until the Court rules on the pending motions for which the Court heard oral argument on May 11, 2009. (See Docket Item Nos. 46, 51, 62.)

Accordingly, the May 18, 2009 Preliminary Pretrial Conference is VACATED. The Court will set a new conference date in its Order addressing the pending motions. Other deadlines in this case remain unchanged.

Dated: May 13, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Daniel Justin Weinberg dweinberg@orrick.com
Rebecca R. Weinreich weinreich@lbbslaw.com
Robert E. Freitas rfreitas@orrick.com
Stephen Vincent Kovarik kovarik@lbbslaw.com

**Dated: May 13, 2009**                           **Richard W. Wieking, Clerk**

                                                 **By:     /s/ JW Chambers**
                                                 **Elizabeth Garcia**
                                                 **Courtroom Deputy**