UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NATIONAL UNION FIRE INS. CO. OF PITTSBURGH, PA,<br><br>　　　　　Defendant. | Case No.: C 07-5700 JW (PVT)<br><br>**ORDER S**OLICITING **A**DDITIONAL **B**RIEFING ON **P**LAINTIFF'S **M**OTION FOR **P**ROTECTIVE **O**RDER AND **C**ONTINUING **H**EARING |

　　　　On May 15, 2009, Plaintiff filed a motion for protective order to prohibit the deposition of its trial counsel, Robert Freitas.[1]  Defendant opposed the motion.  Having reviewed the papers submitted by the parties, the court finds it appropriate to continue the hearing and issue this interim order.  Based on the moving, opposition and reply papers and the file herein,

　　　　IT IS HEREBY ORDERED that, no later than July 7, 2009, the parties shall each submit supplemental briefing regarding the following:

　　1) whether or not Defendant has been able to obtain from Plaintiff's other employees (whom it has now deposed) any of the information it wished to obtain by deposing Mr. Freitas; and

　　2) whether or not Defendant still needs to depose Mr. Freitas in light of Defendant's recent concession as to the date on which the duty to defend arose, if at all (see docket no. 153).

　　　　IT IS FURTHER ORDERED that the hearing is continued to 10:00 a.m. on July 14, 2009.

Dated: *June 29, 2009*

　　　　　　　　　　　　　　　　　　　　PATRICIA V. TRUMBULL
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

---

[1]　　The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*