UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SABRINA CERVANTES,<br><br>    Plaintiff,<br><br>v.<br><br>SALINAS UNION HIGH SCHOOL DISTRICT, SALINAS HIGH SCHOOL,<br><br>    Defendant. | Case No.: C 09-1596 PVT<br><br>**ORDER THAT CASE BE REASSIGNED TO DISTRICT JUDGE** |

On June 10, 2009, this court issued an order extending the time for Plaintiff to file either a written consent to the jurisdiction of a Magistrate Judge, or else a declination and request reassignment to a District Judge, pursuant to this court's Civil Local Rule 73-1(a)(2).[1] Plaintiff failed to do so. Therefore,

IT IS HEREBY ORDERED that this case be reassigned to a District Judge because not all parties have consented to Magistrate Judge jurisdiction. Absent such consent, this court does not have authority to rule on Defendant's pending motion to dismiss. *See* 28 U.S.C. § 636.

Dated: *6/29/09*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

*Counsel automatically notified of this filing via the court's Electronic Case Filing system.*

copies mailed on   *6/29/09*   to:

Sabrina Cervantes
226 Park Street
Salinas, CA 93901

                                                      */s/   Donna Kirchner            for*
                                                       CORINNE LEW
                                                       Courtroom Deputy