1  *See attached list of counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>    Defendant. | CASE NO. C 07-5700 JW (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON SEAGATE'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND DISCOVERY RESPONSES FROM NATIONAL UNION**<br><br>[Civil L.R. 6-1(b), 6-2, and 7-12] |

REBECCA R. WEINREICH (State Bar No. 155684)
STEPHEN V. KOVARIK (State Bar No. 184656)
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California  90012
Telephone: (213) 250-1800
Facsimile: (213) 481-0621

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

ROBERT E. FREITAS (State Bar No. 80948)
THERESA A. SUTTON (STATE BAR NO. 211857)
DANIEL J. WEINBERG (State Bar No. 227159)
ORRICK, HERRINGTON & SUTCLIFFE LLP
1000 Marsh Road
Menlo Park, California  94025
Telephone:    650-614-7400
Facsimile:    650-614-7401

Attorneys for Plaintiff
SEAGATE TECHNOLOGY LLC

1  Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, plaintiff Seagate Technology LLC ("Seagate") and defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union") file this Stipulation and [Proposed] Order continuing the hearing date on Seagate's motion to compel the production of documents and discovery responses from National Union.

On July 1, 2009, Seagate filed a motion to compel the production of documents and discovery responses from National Union. *See* Docket Item No. 157. July 1, 2009 was the deadline to file motions to compel under the Court's Scheduling Order and Civil L.R. 26-2. *See* Docket Item No. 72; Civil L.R. 26-2. Seagate set the motion to be heard on August 11, 2009. *See* Docket Item No. 157. National Union's has filed a motion to extend time to respond to interrogatories and request for production of documents pursuant to F.R.C.P. 6(b) and for relief from inadvertent waiver. *See* Docket Item No. 156. That motion is currently scheduled to be heard on August 18, 2009. *Id*.

On July 2, 2009, National Union's informed Seagate that because of conflicts, National Union's counsel will not be available on August 11, 2009, and asked Seagate to stipulate to continue the hearing to August 18, 2009. Seagate did not object to continuing the hearing by one week. Accordingly, the parties hereby stipulate to continuing the hearing date on Seagate's motion to compel from **August 11, 2009 at 10:00 a.m.** to **August 18, 2009 at 10:00 a.m.** The parties further stipulate to file all moving papers according to the schedule established by the Court's Local Rules.

**IT IS SO STIPULATED.**

Dated: July 8, 2009                    ORRICK, HERRINGTON & SUTCLIFFE, LLP

                                       /s/ Daniel J. Weinberg /s/
                                       Daniel J. Weinberg
                                       Attorneys for Plaintiff
                                       SEAGATE TECHNOLOGY LLC

Dated: July 8, 2009                    LEWIS BRISBOIS BISGAARD & SMITH LLP

                                       /s/ Stephen V. Kovarik /s/
                                       Stephen V. Kovarik
                                       Attorneys for Defendant
                                       NATIONAL UNION FIRE INSURANCE
                                       COMPANY OF PITTSBURGH, PA

1     **Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of
2 perjury that concurrence in the filing of the document has been obtained from its signatory.

3 Dated: July 8, 2009                  Respectfully submitted,

                               /s/ Daniel J. Weinberg /s/
                               Daniel J. Weinberg

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __7/9/09_____                 _[signature: Patricia V. Trumbull]_
                               The Honorable Patricia V. Trumbull
                               United States Magistrate Judge