1  *See attached list of counsel*

**DENIED**
*James Ware*
Judge James Ware
7/24/2009

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, | CASE NO. C 07-5700 JW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE ON SEAGATE'S MOTION FOR SUMMARY JUDGMENT ON CERTAIN NATIONAL UNION AFFIRMATIVE DEFENSES AND SEAGATE'S MOTION TO STRIKE NATIONAL UNION'S "SUPPLEMENTAL" EXPERT REPORTS OF JOSEPH P. MONTELEONE AND THOMAS F. SMEGAL, JR., OR IN THE ALTERNATIVE, FOR LEAVE TO FILE FURTHER MOTIONS TO EXCLUDE** |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation, | |
| Defendant. | |
| | [Civil L.R. 6-1(b), 6-2, and 7-12] |

1  REBECCA R. WEINREICH (State Bar No. 155684)
   STEPHEN V. KOVARIK (State Bar No. 184656)
2  LEWIS BRISBOIS BISGAARD & SMITH LLP
   221 North Figueroa Street, Suite 1200
3  Los Angeles, California 90012
   Telephone: (213) 250-1800
4  Facsimile: (213) 481-0621

5  Attorneys for Defendant
   NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA;
6

7  ROBERT E. FREITAS (State Bar No. 80948)
   THERESA A. SUTTON (STATE BAR NO. 211857)
8  DANIEL J. WEINBERG (State Bar No. 227159)
   ORRICK, HERRINGTON & SUTCLIFFE LLP
9  1000 Marsh Road
   Menlo Park, California 94025
10 Telephone:    650-614-7400
   Facsimile:    650-614-7401
11
   Attorneys for Plaintiff
12 SEAGATE TECHNOLOGY LLC

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OHS West:260690188.1

STIPULATION AND [PROPOSED] ORDER
CONTINUING HEARING DATE
C 07 05700 JW

1    Pursuant to Civil L.R. 6-1(b), 6-2, and 7-12, plaintiff Seagate Technology LLC ("Seagate") and defendant National Union Fire Insurance Company of Pittsburgh, PA ("National Union") file this Stipulation and [Proposed] Order continuing the hearing date on Seagate's Motion for Summary Judgment on Certain National Union Affirmative Defenses and Seagate's Motion to Strike National Union's "Supplemental" Expert Reports of Joseph P. Monteleone and Thomas F. Smegal, Jr., or in the alternative, for Leave to File Further Motions to Exclude.

On May 22, 2009, Seagate moved for summary judgment on certain National Union affirmative defenses and set the hearing for June 29, 2009 – the last day to hear dispositive motions as set forth in the Court's Scheduling Order. *See* Docket Item No. 72. On May 27, 2009, the Court reset the hearing on Seagate summary judgment motion to July 6, 2009. *See* Docket Item No. 136. On June 1, 2009, Seagate moved to strike the "supplemental" expert reports of Joseph Monteleone and Thomas Smegal and set the hearing for July 6, 2009. On June 24, 2009, the Court reset the hearing on Seagate's (a) Motion for Summary Judgment on Certain National Union Affirmative Defenses and (b) Motion to Strike National Union's "Supplemental" Expert Reports of Joseph P. Moneteleone and Thomas F. Smegal, Jr., or in the alternative, for Leave to File Further Motions to Exclude from the July 6, 2009 to July 13, 2009. *See* Docket Item No. 152.

National Union's counsel will be out of state on another matter on July 13, 2009 and has requested Seagate to stipulate to continue the hearing date. Seagate did not object to continuing the hearing. Based on the notice on the website for the United States District Court for the Northern District of California, the next available civil motion hearing date is October 5, 2009. Accordingly, the parties hereby stipulate to continuing the hearing date on Seagate's motion for summary judgment and motion to strike from **July 13, 2009 at 9:00 a.m.** to **October 5, 2009 at 9:00 a.m.**

**IT IS SO STIPULATED.**

/ / /

/ / /

OHS West:260690188.1  - 1 -  STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE
C 07 05700 JW

1  Dated: July 8, 2009                        ORRICK, HERRINGTON & SUTCLIFFE, LLP

                                                    /s/ Daniel J. Weinberg /s/
                                              ─────────────────────────────────
                                                      Daniel J. Weinberg
                                                      Attorneys for Plaintiff
                                                    SEAGATE TECHNOLOGY LLC

Dated: July 8, 2009                           LEWIS BRISBOIS BISGAARD & SMITH LLP

                                                    /s/ Stephen V. Kovarik /s/
                                              ─────────────────────────────────
                                                      Stephen V. Kovarik
                                                     Attorneys for Defendant
                                                NATIONAL UNION FIRE INSURANCE
                                                   COMPANY OF PITTSBURGH, PA

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: July 8, 2009                           Respectfully submitted,

                                                    /s/ Daniel J. Weinberg /s/
                                              ─────────────────────────────────
                                                      Daniel J. Weinberg

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**
The Stipulation is found as MOOT.  Please refer to the Court's July 9, 2009 Order for further specifics.

Dated: __July 24, 2009_____                _____
                                              The Honorable James Ware
                                              United States District Judge