IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Seagate Technology, LLC, | NO. C 07-05700 JW |
| Plaintiff, | **ORDER SETTING BRIEFING SCHEDULE** |
| v. | |
| National Union Fire Insurance Company of Pittsburgh, PA, | |
| Defendant. | |

Presently before the Court is Seagate's Objection to Magistrate Judge Trumbull's Order Denying Motion for Protective Order Re Deposition of Robert Freitas. (Docket Item No. 171.) The Court finds that it is appropriate to receive an Opposition brief from Defendant prior to ruling on Plaintiff's Objection. See Civ. L.R. 72-2. Accordingly, on or before **August 10, 2009**, Defendant shall file an Opposition to Plaintiff's Objection.

Dated: August 5, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Daniel Justin Weinberg dweinberg@orrick.com
Rebecca R. Weinreich weinreich@lbbslaw.com
Robert E. Freitas rfreitas@orrick.com
Stephen Vincent Kovarik kovarik@lbbslaw.com
Theresa Ann Sutton tsutton@orrick.com

**Dated:  August 5, 2009**                          **Richard W. Wieking, Clerk**

                                                    **By:      /s/ JW Chambers**
                                                         **Elizabeth Garcia**
                                                         **Courtroom Deputy**