*See attached list of counsel*

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*
1/27/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, | CASE NO. C 07-5700 JW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER BIFURCATING SEAGATE'S CLAIM FOR *BRANDT* FEES** |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation, | Judge:   Honorable James Ware |
| Defendant. | |

| | |
|---|---|
| 1 | REBECCA R. WEINREICH (State Bar No. 155684) |
| | STEPHEN V. KOVARIK (State Bar No. 184656) |
| 2 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | 221 North Figueroa Street, Suite 1200 |
| 3 | Los Angeles, California 90012 |
| | Telephone: (213) 250-1800 |
| 4 | Facsimile: (213) 481-0621 |
| 5 | Attorneys for Defendant |
| | National Union Fire Insurance Company of Pittsburgh, PA; |
| 6 | |
| | ROBERT E. FREITAS (State Bar No. 80948) |
| 7 | DANIEL J. WEINBERG (State Bar No. 227159) |
| | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 8 | 1000 Marsh Road |
| | Menlo Park, California 94025 |
| 9 | Telephone:    650-614-7400 |
| | Facsimile:    650-614-7401 |
| 10 | |
| | Attorneys for Plaintiff |
| 11 | Seagate Technology LLC |

- 1 -
STIPULATION AND [PROPOSED] ORDER BIFURCATING SEAGATE'S CLAIM FOR *BRANDT* FEES
OHS West:260652474.3

**WHEREAS**, Seagate Technology LLC ("Seagate") has filed a Complaint against National Union Fire Insurance Company of Pittsburgh, PA ("National Union") alleging claims for relief for Breach of Contract and Tortious Breach of the Implied Covenant of Good Faith and Fair Dealing.  *See* Docket Item No. 1.

**WHEREAS**, Seagate seeks the recovery of, among other things, its attorneys fees (*Brandt* fees) incurred in obtaining policy benefits in this action.  *See* Docket Item No. 1.

**WHEREAS**, Seagate contends the amount of its *Brandt* fees continue to accrue during the pendency of this action, and the full amount of the fees, if any, to which Seagate is entitled will not be known until all work, including trial, necessary to obtain the policy benefits Seagate claims to have been withheld in bad faith has been performed.  National Union contends that none of the present litigation could give rise to *Brandt* fees as a matter of law.

**WHEREAS**, Seagate and National Union believe the most efficient process for resolving their disputes involves a bifurcated trial with the amount of *Brandt* fees, if any, due Seagate being tried, if at all, only after the jury returns a verdict including a finding that National Union has breached the implied covenant of good faith and fair dealing such that Seagate is entitled to *Brandt* fees.

**NOW THEREFORE**, pursuant to Civil L.R. 7-12, Seagate and National Union, by and through their respective counsel, hereby agree as follows.

1. Seagate and National Union stipulate to a bifurcated trial with Seagate's entitlement to, and the amount of, *Brandt* fees being tried, if at all, only if the jury returns a verdict providing a basis for the recovery of *Brandt* fees.  Seagate and National Union propose the following procedure for the resolution of Seagate's *Brandt* fee claim:

   a. 14 days after the return of the verdict, Seagate will submit a brief, supplemental expert report and evidence in support of its *Brandt* fee claim;

   b. National Union may depose Seagate's fact and expert witnesses within the next 14 days;

   c. Within 21 days of Seagate's submission, National Union may lodge and serve an expert rebuttal report;

      d.    Within 7 days of National Union's expert rebuttal report, Seagate may take the deposition of National Union's expert witness;

      e.    35 days after Seagate's submission, National Union will submit a brief and evidence in opposition to Seagate's *Brandt* fee claim;

      f.    7 days after National Union's submission, Seagate will submit a reply memorandum.

2.    The parties will argue Seagate's *Brandt* fee claim to the Court.

Dated: January 22, 2010

ORRICK, HERRINGTON & SUTCLIFFE, LLP

/s/ Daniel J. Weinberg /s/
Daniel J. Weinberg
Attorneys for Plaintiff
SEAGATE TECHNOLOGY LLC

Dated: January 22, 2010

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Rebecca R. Weinreich /s/
Rebecca R. Weinreich
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

**Filer's Attestation:**  Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: January 22, 2010

Respectfully submitted,

/s/ Daniel J. Weinberg /s/
Daniel J. Weinberg

**PURSUANT TO STIPULATION, IT IS SO ORDERED** as subject to the Court's Modification based on trial proceedings.

Dated: January 27, 2010

*[signature: James Ware]*
The Honorable James Ware
United States District Judge

OHS West:260652474.3

- 3 -

STIPULATION AND [PROPOSED] ORDER BIFURCATING SEAGATE'S CLAIM FOR *BRANDT* FEES

# CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 22, 2010.

Dated: January 22, 2010.                              Respectfully submitted,

                                                      /s/ Daniel J. Weinberg/s/
                                                      Daniel J. Weinberg