IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Seagate Technology, LLP,                                NO. C 07-05700 JW

        Plaintiffs,                                         **ORDER VACATING ALL TRIAL AND PRETRIAL DATES; SETTING STATUS CONFERENCE RE: SETTLEMENT**
  v.

National Union Fire Insurance Company of Pittsburg, et al.,

        Defendants.
                                                    /

On March 17, 2010, the parties filed a Stipulation to inform the Court that the above-entitled matter has reached a settlement. (See Docket Item No. 262.) In light of the settlement, the Court vacates all trial and pretrial dates.

The Court sets a Status Conference re: Settlement for **May 3, 2010 at 10 a.m.** On or before **April 23, 2010**, the parties shall file a Joint Status Statement. The Statement shall include an update on the parties' efforts to reduce their settlement to a writing. To the extent the parties require additional time to complete their settlement efforts, the parties shall set forth a reasonable date for such an extension. If a Stipulated Dismissal is on filed by April 23, 2010, the Conference will be automatically vacated.

In light of this Order, all pending Motions are deemed as withdrawn and the Clerk of Court shall terminate all Motions from the docket.

Dated: March 17, 2010

                                                               JAMES WARE
                                                               United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Daniel Justin Weinberg dweinberg@orrick.com
Rebecca R. Weinreich weinreich@lbbslaw.com
Robert E. Freitas rfreitas@orrick.com
Stephen Vincent Kovarik kovarik@lbbslaw.com
Theresa Ann Sutton tsutton@orrick.com

Dated: March 17, 2010        Richard W. Wieking, Clerk

By:   /s/ JW Chambers
      Elizabeth Garcia
      Courtroom Deputy

**United States District Court**
For the Northern District of California