**IT IS SO ORDERED AS MODIFIED**
*/s/ James Ware*
Judge James Ware

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC, | No. C 07 05700-JW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING MAY 3, 2010 STATUS CONFERENCE** |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation, | Dept:   Courtroom 8, 4th Floor<br>Judge:  Honorable James Ware |
| Defendant. | Complaint Filed:   November 8, 2007 |

1  **WHEREAS**, on March 11, 2010, Seagate Technology LLC ("Seagate") and National Union Fire Insurance Company of Pittsburgh, PA ("National Union") participated in a mediation before Barbara Reeves Neal in Los Angeles, California at which Seagate and National Union agreed to settle the pending lawsuit and a related action pending in the United States District Court for the Southern District of New York.

**WHEREAS**, on March 17, 2010, Seagate and National Union informed the Court by stipulation of the settlement and requested that the Court vacate trial and all pretrial dates and schedule a Status Conference at a date and time convenient for the Court.

**WHEREAS**, on March 17, 2010, the Court entered an Order vacating trial and all pretrial dates as and setting a Status Conference for May 3, 2010 at 10:00 a.m.

**WHEREAS**, Seagate and National Union are on the verge of finalizing a written settlement agreement but require an additional 30 days to complete the agreement and satisfy the performance obligations set forth therein.

**WHEREAS**, Seagate and National Union request a 30 day continuance of the May 3, 2010 Status Conference.

**NOW THEREFORE**, pursuant to Civil L.R. 6-1(b), 6-2 and 7-12, Seagate and National Union, by and through their respective counsel, hereby agree that the Status Conference shall be continued for 30 days, or to a date and time convenient for the Court.

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated: April 27, 2010 | Respectfully submitted, |
| 2 | | ORRICK, HERRINGTON & SUTCLIFFE LLP |

/s/ Daniel J. Weinberg /s/
Daniel J. Weinberg
Attorneys for Plaintiff
SEAGATE TECHNOLOGY LLC

Dated: April 27, 2010        LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Stephen V. Kovarik /s/
Stephen V. Kovarik
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Respectfully submitted,

/s/ Daniel J. Weinberg /s/
Daniel J. Weinberg

**\*\*\* ORDER \*\*\***

Based on the parties' representation, the Court finds good cause to continue the Status Conference from May 3, 2010 to **June 14, 2010 at 10 a.m.** On or before **June 4, 2010**, the parties shall either file the appropriate Stipulated Dismissal or a Joint Statement updating the Court on the status of their settlements efforts. In the event that the parties require additional time, the parties shall provide an estimate of the additional time required to complete their settlement. The parties were not timely in responding to the Court's March 18, 2010. Thus, the parties shall ensure that a timely statement is filed on June 4, 2010.

Date: April 27, 2010        _/s/ James Ware_
JAMES WARE
United States District Judge