*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>Defendant. | No. C 07 05700-JW (PVT)<br><br>**ORDER CONTINUING STATUS CONFERENCE** |

Based on the parties' Conditional Stipulation of Dismissal, the Court finds good cause to not enter a dismissal at this time and grants the parties an additional 25 day continuance from the date of execution of the Agreement so that the Settlement Agreement may be fully performed and a proper Stipulated Dismissal may be filed.

Accordingly, the Court continues the Status Conference re: Settlement from June 14, 2010 to **June 28, 2010 at 10 a.m.** On or before **June 21, 2010**, the parties shall file Stipulated Dismissal.

Dated: June 7, 2010

JAMES WARE
United States District Judge