1  *Counsel Listed On Next Page*

IT IS SO ORDERED

*Judge James Ware*

6/21/2010

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SEAGATE TECHNOLOGY LLC,<br><br>             Plaintiff,<br><br>       v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>             Defendant. | No.  C 07 05700-JW (PVT)<br><br>**STIPULATION OF DISMISSAL**<br><br>Dept.:   Courtroom 8, 4th Floor<br>Judge:   Honorable James Ware<br><br>Complaint Filed:   November 8, 2007 |

| | |
|---|---|
| 1 | ROBERT E. FREITAS (State Bar No. 80948) |
| 2 | THERESA A. SUTTON (State Bar No. 211857) |
|   | DANIEL J. WEINBERG (State Bar No. 227159) |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
|   | 1000 Marsh Road |
| 4 | Menlo Park, California 94025 |
|   | Telephone: 650-614-7400 |
| 5 | Facsimile: 650-614-7401 |
| 6 | |
|   | Attorneys for Plaintiff |
| 7 | SEAGATE TECHNOLOGY LLC |
| 8 | |
|   | REBECCA R. WEINREICH (State Bar No. 155684) |
| 9 | STEPHEN V. KOVARIK (State Bar No. 184656) |
|   | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 10 | 221 North Figueroa Street, Suite 1200 |
|   | Los Angeles, California  90012 |
| 11 | Telephone: (213) 250-1800 |
|   | Facsimile: (213) 481-0621 |
| 12 | |
|   | Attorneys for Defendant |
| 13 | NATIONAL UNION FIRE INSURANCE COMPANY OF |
|   | PITTSBURGH, PA |

- 1 -

STIPULATION OF DISMISSAL
C 07 05700 JW (PVT)

1  Plaintiff Seagate Technology LLC and Defendant National Union Fire Insurance Company of Pittsburgh, PA, by and through their respective attorneys of record, hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action, having been settled and resolved, is hereby dismissed with prejudice, each side to bear its own costs and attorneys' fees. The Clerk shall close this file.

Dated: June 16, 2010

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

/s/ Daniel J. Weinberg /s/
Daniel J. Weinberg
Attorneys for Plaintiff
SEAGATE TECHNOLOGY LLC

Dated: June 16, 2010

LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Rebecca R. Weinreich /s/
Rebecca R. Weinreich
Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

**Filer's Attestation:** Pursuant to General Order No. 45, §X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from its signatory.

Dated: June 16, 2010

Respectfully submitted,

/s/ Daniel J. Weinberg /s/
Daniel J. Weinberg

OHS West:260925047.1